THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARION TAYLOR, on behalf of herself, and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DEVANSH LAB WERKS, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   Case No. 3:23-cv-2760-N<br>§<br>§<br>§<br>§<br>§ |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Marion Taylor ("Plaintiff") and Defendant Devansh Lab Werks, Inc. ("Defendant") file this Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses with prejudice, all claims against Defendant including but not limited to any claim asserting a collective action and any claims that have been asserted by the individual opt-in plaintiffs who filed consents in this matter identified as: L'Tonya Anderson, Fadre Patrick, Elnora Wells, Brittany Britt, Arielle McDaniel, and Michelle Robinson. Plaintiff and Defendant will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal with prejudice, of Plaintiff's claims against Defendant.

Respectfully submitted,

By: /s/ Colby Qualls
    **Colby Qualls**
    Ark. Bar No. 2019246
    cqualls@foresterhaynie.com

**FORESTER HAYNIE PLLC**
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
(214) 210-2100 Telephone
(469) 399-1070 Facsimile

**ATTORNEYS FOR PLAINTIFF**
**MARION TAYLOR**

By: */s/ Fred Gaona III*
    **Fred Gaona III**
    Texas Bar No. 24029562
    fgaona@fbtlaw.com
    **Sarah M. Smith**
    Texas Bar No. 24115049
    smsmith@fbtlaw.com

**FROST BROWN TODD LLP**
2101 Cedar Springs Road, Suite 900
Dallas, TX 75201
(214) 545-5949 Telephone
(214) 545-3473 Facsimile

**ATTORNEYS FOR DEFENDANT**
**DEVANSH LAB WERKS INC.**

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on June 18, 2025.

/s/ Colby Qualls
Colby Qualls